MARTIN MAGER, Appellant, v. NEW YORK AND WESTERN SPECIALTY COMPANY et al., Defendants.

D. HENRY BROWN, Late Sheriff of Suffolk County, Respondent.

*Mager* v. *N. Y. & Western Specialty Co.*, 170 App. Div. —, appeal dismissed.

(Submitted January 3, 1916; decided January 11, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 14, 1915, which affirmed an order of Special Term directing the plaintiff to pay to the respondent storage charges on personal property seized by said respondent, when sheriff, under a warrant in an action to foreclose a chattel mortgage.

The motion was made upon the grounds that the order appealed from was not a final order in a special proceeding but was discretionary, and that no question of law was presented for review.

*Percy L. Housel* for motion.

*Franklyn M. Silverstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

———

JOHN H. RANGER, Respondent, v. CHARLES E. LOCKE, Appellant, Impleaded with Others.

(Submitted January 3, 1916; decided January 11, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 737.)